**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Peachie L. Jones**
Municipal Attorney

January 25, 2024

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

    Re:   <u>Joint Motion to Amend Scheduling Order</u>
           *Anniszkiewicz v. City of Rochester et al* (20-cv-6629)(FPG)(MWP)

Your Honor:

    The parties recently agreed to hold the deposition of Michael Scherbyan on Friday, February 2, 2024. ECF 69. Because Mr. Scherbyan's testimony adds to the universe of facts in this case, the parties have agreed to extend the deadlines for expert discovery and dispositive motions. The parties, therefore, jointly request that the Court modify the Scheduling Order in this matter (only) as follows:

- Plaintiff shall identify any expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) and provide reports pursuant to Rule 26(a)(2)(B) and/or disclosures pursuant to Rule 26(a)(2)(C) by **March 26, 2024**. Defendants shall identify any expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **May 28, 2024**. Parties shall complete all discovery relating to experts, including depositions, by **July 26, 2024**.

- Dispositive motions, if any, shall be filed no later than **September 26, 2024**.

Thank you,

*[signature]*
PEACHIE L. JONES
Municipal Attorney
p: (585) 428-7992
Peachie.Jones@CityofRochester.gov
*Attorney for the Defendants*

The joint motion for an extension is granted. The deadlines shall be extended as proposed herein.
IT IS SO ORDERED.

    *s/Marian W. Payson*
    Hon. Marian W. Payson
    United States Magistrate Judge

Dated: January 26, 2024