UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARIANNE ANNISZKIEWICZ,

Plaintiff,

-against-

THE CITY OF ROCHESTER, a municipal entity,
POLICE OFFICER BRIAN CALA, SERGEANT
JENNIFER TRENTON,

Defendants.

**NOTICE OF MOTION FOR
SUMMARY JUDGMENT**

Case no. 20-cv-6629 (FPG)(MWP)

---

Defendants City of Rochester, Brian Cala, and Jennifer Trenton, by and through their attorneys Corporation Counsel Patrick Beath and Of Counsel Peachie L. Jones, move this Court pursuant to FED. R. CIV. P. 56(a) for summary judgment on all claims in Plaintiffs' Complaint. In support of this motion, the Court is referred to the Declaration of Peachie L. Jones, Esq., with exhibits attached, a Memorandum of Law, and a Statement of Undisputed Facts, all submitted herewith and made part of this motion.

Defendants reserve the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date: September 26, 2024

PATRICK BEATH
CORPORATION COUNSEL

By: _Peachie L Jones_

Peachie L. Jones, Esq., Of Counsel
30 Church Street, Room 400A; Rochester, NY 14614
(585) 428-7992
Peachie.Jones@CityofRochester.gov
*Attorneys for Defendants*

To the following via ECF:
    ROTH AND ROTH LLP (Elliot Dolby Shields), *Counsel for Plaintiff*
    192 Lexington Avenue, Suite 802; New York, NY 10016