Placeholder for **Exhibit A**

(Officer Cala's Body Worn Camera Videorecording)



