Placeholder for **Exhibit B**

(Sgt. Trenton's Body Worn Camera Videorecording)



