**Exhibit D**

# Dog Bite Prevention for Law Enforcement



## Humane Society of Greater Rochester

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





COR 00072

# Introductions

## Reno Di Domenico

### Director of Law Enforcement Lollypop Farm, Humane Society of Greater Rochester

(585) 223-1330 x234
didomenico@lollypop.org







COR 00073



# Objectives

- Know the common dog encounter scenarios that lead to dog bites.

- Give 4 signs or actions to perform to determine whether dogs are on the property.

- Identify how to avoid dog bites.

- Recognize 3 physical signs of aggressive dogs.

- Be familiar with improvised tools for dealing with aggressive dogs.

- Know techniques to minimize personal injury in the event you are attacked.

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# Officers will encounter a dog in at least 1 out of 3 residences.





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 00076

# Problems for Law Enforcement

## Consequences of Inappropriate Action

- Unnecessary injury or killing of animals who are not a threat.

- Risk of self-inflicted injury, friendly fire, or bystander injury.

- Negative public image of officers, departments, and profession as a whole.

- Lawsuits and legal actions (e.g., worker comp claims, IA investigations, etc.).

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# Officer Liability







COR 00078

# NY State Law

- Pets are personal property

- Animals must be humanely destroyed solely by means of injection of sodium pentobarbital or sodium pentobarbital

- Except an animal by gunshot is permissible… for an animal that is posing an imminent threat of serious physical injury to a person or to another animal…or so injured that humane euthanasia is impossible

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00079

# Fourth Amendment

- 4th amendment does not include term of "Personal Property"

- Supreme court held "Personal Property" is considered an "Effect"

- Destruction of a pet can be classified as an unlawful seizure



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00080

# Immunity

- Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and the laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress . . .

- [42 U.S.C. § 1983](#) .



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# Municipal Immunity

Only "if there is a direct casual link between a municipal policy or custom and the alleged constitutional deprivation" can municipality immunity be defeated. City of Canton v. Harris , 489 U.S. 378, 385 (1989) .



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00082

# Individual Officer Immunity

- Officers subject to two prong test:

1. Officer action violated Constitutional right

2. Under the circumstances, a reasonable official would have known that his or her conduct violated the right

Newsome v. Erwin



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00083

# Problems for Law Enforcement
## Consequences of Inappropriate Action



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 00084

# Problems for Law Enforcement
## Consequences of Inappropriate Action



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Why Do Dogs Bite?

- Excitement / Play
- Possession / Protection (e.g., female with pups)
- Fear
- Accidental
- Attention
- Sick / Injured
- Dangerous dog



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# Animal Force Continuum

- Dogs use force to protect themselves or others they believe are in their pack.

- Dogs use only as much force as necessary:
    1. Vocal warning
    2. Inhibited bite
    3. Uninhibited bite
    4. Lethal



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# Factors Contributing to Dog Bites

– Biological factors:
   Breed, sex, spay/neuter

– Training

– Socialization

– Supervision

– Victim behavior





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 00088

# Dog Postures



**Playful**

*Ears up*
*Eyes soft*
*Front end lower ready to leap*
*Tail up loosely wagging*



**Defensive Threat**

*Ears back*
*Hackles may be up*
*Muzzle tense, wrinkled*
*Tail down & tense*



**Confident Alert**

*Ears up, forward*
*Eyes large, staring*
*Muzzle tense lips lifted to show teeth*
*Tail up, stiff wag*



**Passive** Appeasement

*On back belly exposed*
*Ears back*
*Indirect eye contact*
*Tail tucked*



**Active** Appeasement

*Ears back*
*Eyes half closed*
*Raised paw*
*Mouth nearly closed tongue*
*tip darts out*
*Tail low slow wag*



**Offensive Aggression**

*Ears erect*
*Hackles may be up*
*Lip curled*
*Teeth bared, snarling*
*Tail stiff raised*



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 00089

# Overall Posture

The most important thing is whether the dog is:

Stiff & Still
vs.
Loose & Wiggly





COR 00090

# Stiff & Still vs. Loose & Wiggly



COR 00091

# Signals of Increasing Discomfort/Stress/Tension: Warning Signs

- Hard direct eye contact
- Stiff and still body posture
- Freezing: stopping all motion
- Tension in face






© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 00092

# Aggression:
# Stop What You Are Doing

- Growling

- Snarling/showing teeth

- Lunging

- Snapping

- Biting





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00093

# Fear Aggression: low body, all teeth showing, crouched/hunched posture, tail tucked



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 00094

# Fear Aggression: low body, all teeth showing, crouched/hunched posture, tail tucked



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Offensive Aggression: posture erect, weight forward, tail up, mouth puckered, front teeth showing



# Offensive Aggression: posture erect, weight forward, tail up, mouth puckered, front teeth showing



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# Things can change **very** quickly!
## Dogs can give conflicting signals...







© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 00098

# Appeasement



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Appeasement/Fear



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 00100

# Stressed, Anxious, Fearful



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00101

# Fear: Active Appeasement



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





# Fearful: Defensive Threat



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





# Stress Signals: Lip Licking



© Humane Society of G
May not be reproduced without permission.



# Stress Signals:
## mouth - open & relaxed to closed & tense







© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Stress Signals:
## head turns, diverting gaze
## Whale eye – showing the whites of their eyes




© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00106

# Other Stress Signals

- ## Shake off
- ## Scratching
- ## Yawning
- ## Excessively sniffing the ground






© Humane Society of Greater Rochester 2014
May not be reproduced without permission.


Lollypop Farm

# Do you approach these two dogs the same way?



PEPPER



BABY



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00108

- [http://www.youtube.com/watch?v=bNjO33zQJPg](http://www.youtube.com/watch?v=bNjO33zQJPg)
- MD Night



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# Best Practice for Approaching Dogs On the Job



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





COR 00110

# The Signs



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# The Encounter

- Announce your arrival:
  - Jiggle Fence
  - Whistle
  - Shake keys
  - Inquire about dogs before entering
  - Ask for dog to be secured



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00112

# Talk to the Dog

**Communicate Safety and Appeasement:**

- If a dog approaches and is non-threatening, allow him to investigate you.

- Continue to speak to her.

- DO NOT attempt to pet the dog.



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00113

# Talk to the Dog

Communicate Confidence or Threat:

- If dog is displaying threatening behavior speak in forceful tone.

- Give commands like "Sit" or "Stay."

- If dog continues threatening, try to appear larger speak in low loud voice: "Back off!"



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00114

# Bite Prevention Tools

## Physical Repellents

- Bite stick, Baton/ ASP
- Umbrellas
- Improvised
  - Flashlight
  - Stick
  - Rolled up magazine
  - Clipboard
  - Road flare



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





# Bite Prevention Tools

**Chemical Repellents**
- – Oleoresin Capsicum
- – Citronella Spray (Direct Stop)

**Electronic Repellents**
- – Ultrasonic
- – Stun Guns
- – Taser

**Improvised**
- – $CO_2$ fire extinguisher



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.







© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

# Suggested Practice

Force Continuum:

- Respond in claim friendly behavior.

- Respond with confidence or threat.

- Use chemical repellents like OC, Pepperball.

- Use physical repellents like Baton, bite stick, Fire extinguisher, Taser.

- Lethal force



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00118

# Quick Assessment

Questions to Ask
- Has dog already bitten someone?
- Where is the dog? Where is the owner?
- Are there bystanders?
- How is the dog moving?
- What is the dog's body language?
- How is dog responding to your commands?
- What defenses do you have available?
- Do I have an escape option?

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



# If You Are Bitten

- Do not pull away (may cause more injury).
- Move in to the bite (dog's instinctual reflex is to release).
- If knocked down, curl into ball to protect your neck and throat.
- Try not to scream or move.



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00120

# Video

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 00121

# Questions and Discussion





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 00122