**Rochester Police Department - Professional Development Section**
Fall 2014 IN-SERVICE: Legal Updates, Dangerous Dogs, Spirit of Service, Bus Issues

| November 3 - 7, 2014 | | | 11/3/2014 | 11/4/2014 | 11/5/2014 | 11/6/2014 | 11/7/2014 |
|---|---|---|---|---|---|---|---|
| Time: 0745 - 1600 hours | | | | | | | |
| | | | | | | | |
| **Office of the Chief** | | | | | | | |
| | | | | | | | |
| | | | | COMMAND | | | |
| Central Investigation Division | | | | DAY | 2 | 2 | 2 |
| 2 Slots each day | Name | 1- | CLOSED | | Gould | Houlihan | M. Wiater |
| | Name | 2- | | | Patterson | Cassidy | S Shuman |
| **Patrol Division East Side** | | | | | 8 | 8 | 8 |
| 8 Slots each day | Name | 1- | | | Adams | McEntee | Scheuer |
| | Name | 2- | NO | | Perelli | Rasbeck | Lindauer |
| | Name | 3- | TRAINING | | Helfer | P. Curtis | Wetzel |
| | Name | 4- | | | A. Allen | S. Hamill | DeVincentis |
| | Name | 5- | | | Baldauf | B. Phillips | SGT. Webster |
| | Name | 6- | | | Cropo | | F. Santiago |
| | Name | 7- | Train | | Flint | J. Graham | Wegman |
| | Name | 0 | the | | Carpenter | G. Mitchell | M. Sipple |
| **Patrol Division West Side** | | | Trainer | | 9 | 10 | 10 |
| 9 or 10 Slots each day | Name | 1- | Day | | | M. Jones | Kevin Smith |
| | Name | 2- | | | | Mason | Colby Wood |
| | Name | 3- | | | Kaltenbach | Lembke | Josue Santiago |
| | Name | 4- | | | Book | Yazback | E. Alberto |
| | Name | 5- | | COMMAND | Rine | Rice | |
| | Name | 6- | | DAY | FRATANGELO | J. Gashlin | B. Laird |
| | Name | 7- | | | STEWART | Carfley | R. Hill |
| | Name | 8- | | | Gleason | Lt. Alberti | M. Horn |
| | Name | 9- | | | Ingerick | FLOOD | Hess |
| | Name | 10- | | | | T.RODRIGUEZ | Flynn |
| **PDS and Special Events** | | | | | 1 | 1 | 1 |
| | Name | 1- | | | | Lt. Tydings | |
| **Professional Standards Section** | | | | | 0 | 0 | 1 |
| | Name | 1- | | | | | |
| **Research and Evaluation Section** | | | | | 1 | 0 | 0 |
| | Name | 1- | | | | | |
| **Special Operation Section** | | | | | 3 | 3 | 3 |
| 4 slots each day    SOS -- | Name | 1- | | | | | A. Joseph |
| Tactical Unit -- | Name | 2- | | | | | Kirk |
| Tactical Unit -- | Name | 3- | | | | | Backus |
| **Technical Services Section** | | | | | 0 | 0 | 0 |
| | Name | 1- | | | | | |
| **Totals for the Day** | | | | | 24 | 24 | 24 |

**Rochester Police Department - Professional Development Section**
**Fall 2014 IN-SERVICE: Legal Updates, Dangerous Dogs, Spirit of Service, Bus Issues**

| November 10 - 14, 2014 | | 11/10/2014 | 11/11/2014 | 11/12/2014 | 11/13/2014 | 11/14/2014 |
|---|---|---|---|---|---|---|
| Time: 0745 - 1600 hours | | | | | | |
| **Office of the Chief** | | | | | | |
| | | | | | | |
| **Central Investigation Division** | | 2 | 2 | 2 | 2 | 2 |
| 2 Slots each day | Name 1- | Mazzola | Dejesus | Coon | Walker | J. Wukitsch |
| | Name 2- | Benjamin | Faggiano | Bushen | Ferguson | Hansen |
| **Patrol Division East Side** | | 8 | 8 | 8 | 8 | 8 |
| 8 Slots each day | Name 1- | Watson | D Smith | Laureano | K. Springer | DeCocq |
| | Name 2- | O'Hara | Sanatana | Hutchinson | D. Marsh | Jordan |
| | Name 3- | | Alvarado | P. Woodworth | Cushman | Dibelka |
| | Name 4- | | Munoz | | Doran | M. Eaton |
| | Name 5- | B. Pike | Johnson | | N. Thomas | A. Correia |
| | Name 6- | T. Luciano | Booker | | Radens | J. Perez |
| | Name 7- | G. Venosa | Felton | | P. Allen | A. Belliard |
| | Name 8- | H. Favor | Powell | | R. Arrowood | |
| **Patrol Division West Side** | | 9 | 10 | 10 | 10 | 9 |
| 9 or 10 Slots each day | Name 1- | Crecca | Melanie Rivera | Traverzo | M. Drayton | |
| | Name 2- | Castillo | Ben Mitchell | Alberto | Borrelli | Michelle Brown |
| | Name 3- | R. Ortiz | Baca | McDonald | Malecki | k. Richardson |
| | Name 4- | M. Williams | B. Elliott | | M. Ortiz | G. Ferguson |
| | Name 5- | K. Turner | Lotempio | | HERBIN | Majewicz |
| | Name 6- | Holmes | Krull | | Steiner | CONIGLIO |
| | Name 7- | J. Vargas | Sizer | | Paprocki | Gebhardt |
| | Name 8- | Singletary | Williamson | | Mike Johnson | Elwood |
| | Name 9- | Bodekor | Batson | | M. Hill | Trosinski |
| | Name 10- | | Rosado | | E. Rodriguez | |
| **PDS and Special Events** | | 1 | 0 | 0 | 0 | 0 |
| | Name 1- | | | | | |
| **Professional Standards Section** | | 1 | 1 | 1 | 0 | 1 |
| | Name 1- | Cotsworth | | Tordai | | Mark Smith |
| **Research and Evaluation Section** | | 0 | 0 | 0 | 0 | 1 |
| | Name 1- | | | | | |
| **Special Operation Section** | | 3 | 3 | 3 | 3 | 3 |
| 4 slots each day   SOS -- | Name 1- | Mitchell | Urbanczyk | Carnes | Kelly | |
| Tactical Unit  -- | Name 2- | Santiago | F Coriddi | Moses | Soto | Jimenez |
| Tactical Unit  -- | Name 3- | | Sanders | | Wehr | Bennetti |
| **Technical Services Section** | | 0 | 0 | 0 | 1 | 0 |
| | Name 1- | | | | Friday | |
| **Totals for the Day** | | 0 | 24 | 24 | 24 | 24 | 24 |

COR GUR 01663

# Rochester Police Department - Professional Development Section
## Fall 2014 IN-SERVICE: Legal Updates, Dangerous Dogs, Spirit of Service, Bus Issues

| November 17 - 21, 2014 | | | 11/17/2014 | 11/18/2014 | 11/19/2014 | 11/20/2014 | 11/21/2014 |
|---|---|---|---|---|---|---|---|
| Time: 0745 - 1600 hours | | | | | | | |
| **Office of the Chief** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Central Investigation Division** | | | 2 | 2 | 2 | 2 | 2 |
| 2 Slots each day | Name | 1- | Frasca | Zlotkus | S.Rice | Simpson | Lepki |
| | Name | 2- | Lofaso | McCormack | R.Rice | Giudici | Rodwell |
| **Patrol Division East Side** | | | 8 | 8 | 8 | 8 | 8 |
| 8 Slots each day | Name | 1- | Barnes | Klein | Romig | Havill | |
| | xxxxx | 2- | Frisbee | McAvoy | Gulla | Mercado | |
| | Name | 3- | Carmo | Kaminski | Robinson | L. Lyons | Schreier |
| | Name | 4- | J. Marsh | Girard-Flanagan | Wolford | P. Bushart | Halstead |
| | Name | 5- | First | B. Garcia | Mattox | Jennings | Rynders |
| | Name | 6- | BAEZ | C. Gorman | Bermudez | Mitchell | Lafave |
| | Name | 7- | T. Wilson | JT Woodward | C. Renz | Motsay | SGT. Cornell |
| | Name | 8- | W. Johnson | M. Velez | A. Jorge | Wright | SGT. Pancoe |
| **Patrol Division West Side** | | | 9 | 9 | 9 | 9 | 9 |
| 9 or 10 Slots each day | Name | 1- | Ott | Sgt D. Williams | Perry | | Bouffiou |
| | Name | 2- | W. Baker | Resch | Moore | | Lee |
| | Name | 3- | Q. Engineer | S. Mitchell | Wolfe | T. Gourlay | J Vaughn |
| | Name | 4- | Monrad | | Findley | Muller | Tauriello |
| | Name | 5- | Serinis | J. Wittman | M. Calderon | Burgstrom | Tamburello |
| | Name | 6- | | Beyea | J. Trenton | Sgt. Colletti | K. Cummings |
| | Name | 7- | | Cortese | Roelle | Adukkalil | Reff |
| | Name | 8- | F. Archetko | E. RAMOS | Caruso | COLLINS | Malley |
| | Name | 9- | E. Archetko | | Sgt. Rivers | | M. Monahan-Kenny |
| | Name | 10- | Cumberbatch | | | | |
| **PDS and Special Events** | | | 1 | 1 | 1 | 1 | 0 |
| | Name | 1- | M. Turbeville | | | | |
| **Professional Standards Section** | | | 1 | 0 | 0 | 0 | 1 |
| | Name | 1- | | | | | DiVincenzo |
| **Research and Evaluation Section** | | | 0 | 0 | 0 | 0 | 1 |
| | Name | 1- | | | | | |
| **Special Operation Section** | | | 3 | 3 | 3 | 3 | 3 |
| 4 slots each day   SOS -- | Name | 1- | Adorante | Millspaugh | Hinman | Carney | Waterman |
| Tactical Unit -- | Name | 2- | DiFante | Rohr | CAMILO | Minurka | Lusk |
| Tactical Unit -- | Name | 3- | Kennedy | | Muscato | Alexander | |
| **Technical Services Section** | | | 0 | 1 | 1 | 1 | 0 |
| | Name | 1- | | | | | |
| **Totals for the Day** | | | | 24 | 24 | 24 | 24 |

COR GUR 01664

# Rochester Police Department - Professional Development Section
## Fall 2014 IN-SERVICE: Legal Updates, Dangerous Dogs, Spirit of Service, Bus Issues

| November 24 - 28, 2014 | | 11/24/2014 | 11/25/2014 | 11/26/2014 | 11/27/2014 | 11/28/2014 |
|---|---|---|---|---|---|---|
| Time: 0745 - 1600 hours | | | | | | |
| **Office of the Chief** | | | | | | |
| | | | | | | |
| **Central Investigation Division** | | 2 | 2 | 2 | | |
| 2 Slots each day | Name 1- | Gotham | | Brennan | | |
| | Name 2- | MacKenzie | MANFREDI | Galetta | | |
| **Patrol Division East Side** | | 8 | 8 | 8 | CLOSED | CLOSED |
| 8 Slots each day | Name 1- | Gomez | | Sgt. Swetman | | |
| | Name 2- | Rizzo | K. Kenny | Jon Least | NO | NO |
| | Name 3- | Majewicz | Trzcinski | Mondal | TRAINING | TRAINING |
| | Name 4- | Armstrong | Calkins | | | |
| | Name 5- | J. Kelly | SGT. H. Rivera | A. Taylor | | |
| | Name 6- | V. Martinez | Fry | | | |
| | Name 7- | B. Cannon | Celentano | | | |
| | Name 8- | Lt. Fridley | Fantigrossi | | | |
| **Patrol Division West Side** | | 10 | 10 | 10 | | |
| 9 or 10 Slots each day | Name 1- | | R. Ferguson | Sgt M Stewart | | |
| | Name 2- | S. Drayton | Perkins | T/Lt. R. Waldo | | |
| | Name 3- | Choates | Kratts | Tom Frye | | |
| | Name 4- | Blanchard | K.Hill | J. Leckinger | NO | NO |
| | Name 5- | P. Minurka | S. Mitchell | T. Tydings | TRAINING | TRAINING |
| | Name 6- | K.Koehn | Gonzalez | | | |
| | Name 7- | | Lodato | M. Corriea | | |
| | Name 8- | | Messore | Inv. D. Blaho | | |
| | Name 9- | | T. Deane | A. Gonzalez | | |
| | Name 10- | | D. Watson | | | |
| **PDS and Special Events** | | 1 | 1 | 1 | | |
| | Name 1- | | B. Jones | | | |
| **Professional Standards Section** | | 0 | 0 | 0 | | |
| | Name 1- | | | | | |
| **Research and Evaluation Section** | | 0 | 0 | 0 | NO | NO |
| | Name 1- | | | | TRAINING | TRAINING |
| **Special Operation Section** | | 3 | 3 | 3 | | |
| 4 slots each day SOS -- | Name 1- | Miskell | Balch | Woodworth | | |
| Tactical Unit -- | Name 2- | McClellen | | Ince | | |
| Tactical Unit -- | Name 3- | Rodriguez | | Osipovitch | | |
| **Technical Services Section** | | 0 | 0 | 0 | | |
| | Name 1- | | | | | |
| **Totals for the Day** | | 24 | 24 | 24 | | |

## Rochester Police Department - Professional Development Section
### Fall 2014 IN-SERVICE: Legal Updates, Dangerous Dogs, Spirit of Service, Bus Issues

| December 1 - 5, 2014 | | 12/1/2014 | 12/2/2014 | 12/3/2014 | 12/4/2014 | 12/5/2014 |
|---|---|---|---|---|---|---|
| Time: 0745 - 1600 hours | | | | | | |
| **Office of the Chief** | | | | | | |
| | | | | | | |
| **Central Investigation Division** | | 2 | 2 | 2 | 2 | |
| 2 Slots each day | Name 1- | Zenelovic | Umbrino | O'shauggnesy | Walker | |
| | Name 2- | Wiater | Dearcop | Sullivan | | |
| **Patrol Division East Side** | | 8 | 8 | 8 | 8 | |
| 8 Slots each day | Name 1- | Nettnin | B. Abrams | Mandurano | Kamykowski | |
| | Name 2- | Lang | B. Costello | Zampatori | April Wilcox | CLOSED |
| | Name 3- | Rudolph | W. Jones | Polito | D. Schultz | |
| | Name 4- | J. Hall | T. Angelo | Hovey | N. Romeo | Reserved |
| | Name 5- | Lebeda | Berg | D. Santiago. | J. Wittman | for |
| | Name 6- | Bostick | Powell | Lisle | Celiberti | SIS |
| | Name 7- | P. Dondorfer | Eisenhauer | Dewall | Carpenter | |
| | Name 8- | E. Morelli | Lucero | Deterville | | |
| **Patrol Division West Side** | | 10 | 10 | 10 | 10 | |
| 9 or 10 Slots each day | Name 1- | Dylan Minnick | Drake | Slowik | Secash | |
| | Name 2- | Kastner | Hartley | Klein | | |
| | Name 3- | Clinkhammer | Liza Dann | Castrichini | Jason Kelly | |
| | Name 4- | Perrone | Cindy Muratore | Klinkman | Campe | |
| | Name 5- | Alliet | DiPrimo | Mastrangelo | Kleinman | |
| | Name 6- | Vazquez | | Barber | Masic | |
| | Name 7- | Boily | J. Conner | Carey | Eyrich | |
| | Name 8- | | R. Hickey | Henry | Kovacic | CLOSED |
| | Name 9- | | V.Sanchez | Socol | Wengert | |
| | Name 10- | | Sizer | Leddon | J. LaRuez | Reserved |
| **PDS and Special Events** | | 0 | 1 | 1 | 0 | for |
| | Name 1- | | Prewasnicak | Kompanijec | | SIS |
| | | 0 | 0 | 0 | 0 | |
| | Name 1- | | | | | |
| **Research and Evaluation Section** | | 1 | 0 | 0 | 0 | |
| | Name 1- | | | | | |
| **Special Operation Section** | | 3 | 3 | 3 | 3 | |
| 4 slots each day    SOS -- | Name 1- | | Mooney | N. Nowack | CRUZ | |
| Tactical Unit -- | Name 2- | | Ramos | | Romano | |
| Tactical Unit -- | Name 3- | | | | Kent | |
| **Technical Services Section** | | 0 | 0 | 0 | | |
| | Name 1- | | | K.Klinkman | | |
| **Totals for the Day** | | 24 | 24 | 24 | 23 | |

# Rochester Police Department - Professional Development Section
## Fall 2014 IN-SERVICE: Legal Updates, Dangerous Dogs, Spirit of Service, Bus Issues

| December 8 - 12, 2014 | | 12/8/2014 | 12/9/2014 | 12/10/2014 | 12/11/2014 | 12/12/2014 |
|---|---|---|---|---|---|---|
| Time: 0745 - 1600 hours | | | | | | |
| **Office of the Chief** | | | | | | |
| | | | | | | |
| **Central Investigations Division** | | 2 | 2 | 2 | 2 | 2 |
| 2 Slots each day | Name 1- | Nicholls | | Frasca | Tucker | Minnick |
| | Name 2- | Nicholls | J. Rivera | Lofaso | S.KOEHN | |
| **Patrol Division East Side** | | 8 | 8 | 8 | 8 | 8 |
| 8 Slots each day | Name 1- | M. Magri | Corrado | VanAcker | LT. Koehn | B. Monfort |
| | Name 2- | K. Graham | Melson | Bri.t Jones | SGT. Lewis | A. Harden |
| | Name 3- | B. Reaves | M. Hayes | Lt. Hayes | Delvecchio | R. Frink |
| | Name 4- | D. Boccardo | SGT. Maxwell | | Wild | Sgt. Shaw |
| | Name 5- | P. Walther | A. Wilcox | | A. Bongiovanni | J. Skakuj |
| | Name 6- | W. Nash | | | Zeluff | Lt. Mura |
| | Name 7- | Weigel | | | T.Velazquez | BARNA |
| | Name 8- | | | | M. Grabowski | R. Rodriguez |
| **Patrol Division West Side** | | 9 | 10 | 10 | 10 | 10 |
| 9 or 10 Slots each day | Name 1- | John Woods | Ferrigno | O. Hernandez | Dimauro | Bello |
| | Name 2- | Radke | | McKnees | Grillo | Potuck |
| | Name 3- | Sgt. D. Joseph | Unrath | R. Rivera | DiSanto | Munson |
| | Name 4- | Trovato | Hall | J. Prinzi | Parker | Isler |
| | Name 5- | Schroeder | Dempsey | D. Hogg | Juan Rodriguez | |
| | Name 6- | Lyons | Ruf | Seitz | Sheridan | |
| | Name 7- | Agnone | Kephart | A. Wagner | Hopwood | Wehbring |
| | Name 8- | Marone | McGraw | Kraus | MURPHY | |
| | Name 9- | | Cala | Delduca | FAY | |
| | Name 10- | | Vislay | | SGT CONIGLIO | L. Tydings |
| **PDS and Special Events** | | 1 | 1 | 1 | 1 | 1 |
| | Name 1- | | | T.L.WRIGHT | T. Coriddi | A. Gilday |
| **Professional Standards Section** | | 0 | 0 | 0 | 0 | 0 |
| | Name 1- | | | | | |
| **Research and Evaluation Section** | | 1 | 0 | 0 | 0 | 0 |
| | Name 1- | | | | | |
| **Special Operation Section** | | 3 | 3 | 3 | 3 | 3 |
| 4 slots each day | SOS -- Name 1- | | D. Nowack | | Contreras | Cleary |
| | Tactical Unit -- Name 2- | Montinarelli | Mason | | Mazurkiewicz | P. Hickey |
| | Tactical Unit -- Name 3- | Picha | Trombley | | Cole | Marsherall |
| **Technical Services Section** | | 0 | 0 | 0 | 0 | 0 |
| | Name 1- | | | | | |
| **Totals for the Day** | | 24 | 24 | 24 | 24 | 24 |

## Rochester Police Department - Professional Development Section
### Fall 2014 IN-SERVICE: Legal Updates, Dangerous Dogs, Spirit of Service, Bus Issues

| December 15 - 19, 2014 | | | 12/15/2014 | 12/16/2014 | 12/17/2014 | 12/18/2014 | 12/19/2014 |
|---|---|---|---|---|---|---|---|
| Time: 0745 - 1600 hours | | | | | | | |
| **Office of the Chief** | | | | | | | |
| | | | | | | | |
| **Central Investigations Division** | | | 2 | 2 | 2 | 2 | 2 |
| 2 Slots each day | Name | 1- | Freese | Iacutone | | | Ferguson |
| | Name | 2- | Pero | Carr | | | Mustico |
| **Patrol Division East Side** | | | 8 | 8 | 8 | 8 | 8 |
| 8 Slots each day | Name | 1- | M. Giancursio | K. Leckinger | Rogers-Alliet Erin | Savitcheff | Rathfelder |
| | Name | 2- | Bonacci | Colon | Quinn | Cunningham | Person |
| | Name | 3- | Brumfield | Madrid | Wassinger | Potter | Wicher |
| | Name | 4- | Goodfriend | Maldonado | McDonald | S. Ognibene | Hasper |
| | Name | 5- | Leo | Morales | Laiosa | A. Gonzalez | T. Thomas |
| | Name | 6- | Algrain | Weigel | A. Rine | Gaston | Kosch |
| | Name | 7- | Mercone | Pitts | | Colucci | Sgt Clark |
| | Name | 8- | Henkes | | M. Collins | Genovese | J. Mueller |
| **Patrol Division West Side** | | | 9 | 10 | 10 | 10 | 10 |
| 9 or 10 Slots each day | Name | 1- | Ciulla | Sgt. Anglin | Giancursio | Kavanaugh | Sgt. Wheeler |
| | Name | 2- | | O. Rivera | Wagner | Koerner | Sgt. Dawley |
| | Name | 3- | Pinckney | Lucyshyn | Vanderstyne | ZIMMERMAN | Linton |
| | Name | 4- | Rob Smith | Roth | J. Harris | Wengert | Runyon |
| | Name | 5- | Feldman | Lt Perkowski | M. Vaughn | Snow | Dickerson |
| | Name | 6- | Kester | D. Rogers | BOSKAT | | Lt. Anzalone |
| | Name | 7- | Pursel | Boily | BURRITT | | L. Robinson |
| | Name | 8- | Dave Williams | C. Wilson | LATHROP | | Dimaria |
| | Name | 9- | Glynn | Vasile | A. Johnston | | E. Arican |
| | Name | 10- | | | Tymoch | | Pearson |
| **PDS and Special Events** | | | 1 | 1 | 1 | 1 | 1 |
| | Name | 1- | | EVERSON | | W. Franchuk | Bongiovanni |
| **Professional Standards Section** | | | 0 | 0 | 0 | 0 | 1 |
| | Name | 1- | | | | | |
| **Research and Evaluation Section** | | | 1 | 0 | 0 | 0 | |
| | Name | 1- | L Hayes | | | | |
| **Special Operation Section** | | | 3 | 3 | 3 | 3 | 2 |
| 4 slots each day SOS -- | Name | 1- | | | | | |
| Tactical Unit -- | Name | 2- | | | | Sgt Diehl | Danno |
| Tactical Unit -- | Name | 3- | | | Sedita | Sextone | |
| **Technical Services Section** | | | 0 | 0 | 0 | 0 | 0 |
| | Name | 1- | | | | | |
| **Totals for the Day** | | | 24 | 24 | 24 | 24 | 24 |

COR GUR 01668