**Exhibit P**

**JURAT WITH AFFIANT STATEMENT**

State of _New York_ } ss.
County of _Monroe_

☒ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1. ___
2. ___
3. ___
4. ___
5. ___
6. ___
7. _Jennifer Trenton_

Signature of Document Signer No. 1            Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me this _24th_ day of _February_, _2022_, by

Date    Month    Year

_JENNIFER TRENTON_
Name of Signer No. 1

___
Name of Signer No. 2 (if any)

ROSE MARY ROZZO
Notary Public, State of New York
Qualified in Monroe County
No. 01RO6316806
Commission Expires December 22, 20_22_

_Rose Mary Rozzo_
Signature of Notary Public

Place Notary Seal/Stamp Above

Any Other Required Information
(Residence, Expiration Date, etc.)

──────── OPTIONAL ────────

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #25924

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANNE ANNISZKIEWICZ,<br><br>                                    Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER BRIAN CALA, SERGEANT JENNIFER TRENTON,<br><br>                                    Defendants. | Case no. 20-cv-6629 (FPG)(MWP) |

### DEFENDANT JENNIFER TRENTON'S RESPONSE
### TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

My responses are embedded below in plain-typeface, but I also reserve the right to amend these interrogatory responses if I remember additional information.

**1. Identify all writings you created related to the incident, including notes and reports, and the location where said writings are stored. If copies of said writing are stored in multiple locations (such as both electronically and in one or more paper file locations), so state. If any writing you created was destroyed, so state.**

I remember making some notes when I spoke to a neighbor about the stray dog. I do not remember what happened to those notes.

**2. Describe all training provided to you by the City and/or RPD regarding interacting with dogs that you encounter on residential properties while performing your duties as a police officer.**

In 2014, a Humane Society employee gave a sit-down training on dog interactions. It included clues on when dogs were friendly versus in attack mode, *videos depicting that information, incidents from other departments, and some of* the trainer's personal experience with dog interactions. I located the PowerPoint in my files.

The department also issued a training bulletin in 2017, no. P78-17, and had a roll call training about dogs in 2019.

**3. Describe all training provided to you by the City and/or RPD regarding entering fenced-in residential properties while performing your duties as a police officer.**

Sgt. Trenton and the City object to this interrogatory as it is overbroad and pertains to what should be an undisputed fact. City law enforcement officers had the obligation to contact Plaintiff and render aid, in response to Plaintiff's request for services.

**4. Describe in detail everything you did prior to entering Ms. Anniszkiewicz's fenced-in yard to determine if there were any dogs present in Ms. Anniszkiewicz's yard.**

Even though I did not see any signs of a dog, I shook the fence and waited to see

if a dog would appear. Seeing and hearing nothing, I entered the yard.

5. **Describe in detail the plan you devised prior to entering Ms. Anniszkiewicz's yard, if any, for what to do if you encountered a dog in Ms. Anniszkiewicz's yard.**

I did not devise a formal plan with Officer Cala prior to entering the yard. I intended to contact the caller and obtain additional information.

6. **State whether you have ever owned a dog and if so, identify each and every dog that you owned, the breed, and how long you owned it.**

Yes, I have owned two dogs in my adulthood. For the past 5-6 years, our family has had a pit bull. From approximately 2002 to 2009, I had an Aussie-Shepherd mix.

Dated: February 25, 2022
Rochester, NY

_Jennifer Trenton_
JENNIFER TRENTON

Sworn to before me this 24th day of February 2022.

_Rose Mary Rozzo_
NOTARY PUBLIC

ROSE MARY ROZZO
Notary Public, State of New York
Qualified in Monroe County
No. 01RO6316806
Commission Expires December 22, 20 22

2