**Exhibit R**



