

Exhibit T