1/24/22, 2:22 PM                                    I/NetViewer : Event Information

**Exhibit W**

E181611232 - NBTRA - NEIGHBOR TROUBLE - (2 UNITS)
236 BELKNAP ST ROC

EVENT INFORMATION - E181611232                                                06/10/18

**Event Type** : NBTRA; **Event ID** : E181611232; **Priority** : 4; **Status** : CO; **Source** : 1; **DGroup** : RP1; **Case Numbers** : CTYP18136420; **Disposition Code** : 9 ,59 ; **Terminal** : TC08 ; **Calltaker ID:** 8075

AGENCY INFORMATION

**Agency** : CTYP; **Priority** : 4; **DGroup** : RP1; **ESZ** : -1; **Area** : 281; **Added** : 06/10/18 11:38:12; **Dispatched** : 06/10/18 11:38:12; **Arrived** : 06/10/18 11:39:03; **Closed** : 06/10/18 13:59:36; **Close ID** : 7611; **Close Terminal** : PD13 ; **Event ID** : E181611232; **Primary Unit** : 281B ;



REMARKS

| Timestamp | Entry |
|---|---|
| 06/10/18 11:38:12 (TC08) | ENTRY : LOOSE DOG RUNNING THRU AREA - SAYS NBR IS TRYING TO HIT THE DOG & THE COM P W/ HER VEH ON PURPOSE |
| 06/10/18 11:38:30 (PD13) | HOLD : |
| 06/10/18 11:38:47 (TC08) | SUPP : TXT; F WHITE SUV |
| 06/10/18 11:39:03 (PD13) | DISPER: 241B -- #811094 CALA, BRIAN |
| 06/10/18 11:39:03 (PD13) | ASNCAS: 241B -- $CTYP18136420 |
| 06/10/18 11:39:03 (PD13) | ASSTER: 221B -- #811650 TRENTON, JENNIFER L (CIT) |
| 06/10/18 11:39:31 (TC08) | SUPP ▇▇▇▇▇ PHO: VOIP, TXT; CAN HEAR HER LAYING ON THE HORN |
| 06/10/18 11:40:29 (241B) | ONSCNE: 241B -- |
| 06/10/18 11:40:30 (221B) | ONSCNE: 221B -- |
| 06/10/18 11:43:37 (PD09) | MISC : 241B -- ,REQ BOSS AND TECH |
| 06/10/18 11:43:44 (PD09) | CROSS : #CTYP181611247 |
| 06/10/18 11:44:13 (PD13) | ASSTER: 141B -- [236 BELKNAP ST ,ROC] #811459 CLARK, COREY (SGT) |
| 06/10/18 11:45:52 (PD13) | OK : 221B -- |
| 06/10/18 11:45:52 (PD13) | OK : 241B -- |
| 06/10/18 11:47:10 (PD13) | ASSTER: 281B -- [236 BELKNAP ST ,ROC] #812075 LANG, EVAN |
| 06/10/18 11:48:29 (281B) | PRIU : 281B -- |
| 06/10/18 11:48:29 (PD13) | ASSTER: 291B -- [236 BELKNAP ST ,ROC] #811849 SHERIDAN, BRYAN |
| 06/10/18 11:48:29 (PD13) | ASSTER: 261B -- [236 BELKNAP ST ,ROC] #810928 ROBINSON, MOSES E (S/CIT) |
| 06/10/18 11:48:49 (141B) | ONSCNE: 141B -- |
| 06/10/18 11:49:40 (281B) | ONSCNE: 281B -- |
| 06/10/18 11:53:56 (291B) | ONSCNE: 291B -- |
| 06/10/18 12:00:57 (PD13) | ASSTOS: 151B -- [236 BELKNAP ST ,ROC] #810927 INGERICK, JAMES (SGT) |
| 06/10/18 12:01:49 (PD10) | ASST : AC5 -- [236 BELKNAP ST ,ROC] #811258 LYBRAND, DENISE |
| 06/10/18 12:02:31 (PD13) | OK : 141B -- |
| 06/10/18 12:02:31 (PD13) | OK : 151B -- |
| 06/10/18 12:02:56 (PD13) | OK : 281B -- |
| 06/10/18 12:02:56 (PD13) | OK : 291B -- |
| 06/10/18 12:03:02 (PD13) | OK : AC5 -- |
| 06/10/18 12:09:33 (PD10) | PREMPT: AC5 -- |
| 06/10/18 12:09:37 (PD10) | CROSS : #CTYP181611304 |
| 06/10/18 12:28:41 (PD13) | PREMPT: 261B -- |
| 06/10/18 12:29:30 (291B) | CLEAR : 291B -- |
| 06/10/18 12:41:49 (221B) | NEWLOC: 221B -- [UNIT] |
| 06/10/18 12:42:13 (PD13) | OK : 221B -- |
| 06/10/18 12:57:39 (281B) | CHGLOC: 281B -- [UNIT] |
| 06/10/18 12:57:42 (281B) | ONSCNE: 281B -- |
| 06/10/18 12:58:30 (PD13) | OK : 281B -- |
| 06/10/18 13:04:06 (PD13) | PREMPT: 281B -- |
| 06/10/18 13:31:40 (PD13) | ASST : 281B -- [236 BELKNAP ST ,ROC] #812075 LANG, EVAN |
| 06/10/18 13:33:39 (281B) | CHGLOC: 281B -- [UNIT] |
| 06/10/18 13:37:07 (281B) | PREMPT: 281B -- |
| 06/10/18 13:38:12 (PD13) | ASST : 281B -- [236 BELKNAP ST ,ROC] #812075 LANG, EVAN |
| 06/10/18 13:38:19 (281B) | CHGLOC: 281B -- [UNIT] |
| 06/10/18 13:41:28 (PD13) | OK : 281B -- |
| 06/10/18 13:47:18 (PD13) | PREMPT: 281B -- |
| 06/10/18 13:50:00 (PD13) | PREMPT: 241B -- |
| 06/10/18 13:50:00 (PD13) | PREMPT: 221B -- |
| 06/10/18 13:53:41 (PD13) | PREMPT: 141B -- |
| 06/10/18 13:53:41 (PD13) | PREMPT: 151B -- |
| 06/10/18 13:59:36 (281B) | CLEAR : DSP: 9 59 |
| 06/10/18 13:59:36 (281B) | CLOSE : 281B -- |

COR 00203