**Exhibit X**

```
                    C O N F I D E N T I A L
 1

 2                UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - -
     ERIN GURSSLIN,
 4
              Plaintiff,
 5
                              Civil Action No. 20-cv-6508
 6   v.

 7   THE CITY OF ROCHESTER, a municipal entity, POLICE
     OFFICER JEREMY NELLIST, POLICE OFFICER JOSHUA
 8   KELLY, COMMANDER FABIAN RIVERA, LIEUTENANT AARON
     SPRINGER,
 9
              Defendants.
10   - - - - - - - - - - - - - - - - - - - - - - - -

11

     Video-recorded Deposition Upon Oral Examination of:
12
                    Officer Jonathan P. Laureano
13

14   Location:     Alliance Court Reporting, Inc.
                    109 South Union Street, Suite 400
15                  Rochester, New York  14607

16

17   Date:         February 27, 2023

18

19   Time:         10:00 a.m.

20

21

22   Reported By:  KIMBERLY A. BONSIGNORE

23                 Alliance Court Reporting, Inc.

24                 109 South Union Street, Suite 400

25                 Rochester, New York  14607
```



ALLIANCE
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

Confidential

```
 1                    A P P E A R A N C E S
 2    Appearing Remotely on Behalf of Plaintiff:
 3    Elliot D. Shields, Esq.
 4        Roth & Roth LLP
 5        192 Lexington Avenue, Suite 802
 6        New York, New York  10016
 7        eshields@rothandrothlaw.com
 8
 9    Appearing on Behalf of Defendants:
10    Peachie L. Jones, Esq.
11        City of Rochester Law Department
12        City Hall, Room 400A
13        30 Church Street
14        Rochester, New York  14614
15        peachie.jones@cityofrochester.gov
16
17    Also Present:
18    Kenneth Williamson, Videographer
19        Alliance Court Reporting, Inc.
20        109 South Union Street, Suite 400
21        Rochester, New York  14607
22
23                    *       *       *
24
25
```



ALLIANCE
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

Confidential

4

```
 1              P R O C E E D I N G S
 2   for their certified transcript charge, including any
 3   expedite or other related production charges in
 4   accordance with Rochester Rules;
 5            AND IT IS FURTHER STIPULATED, that the
 6   Notary Public, KIMBERLY A. BONSIGNORE, may administer
 7   the oath to the witness.
10:39:36   8              *       *       *
10:39:36   9            THE VIDEOGRAPHER:  We are on the record.
10:39:45  10            The time is 10:40 a.m., on Monday,
10:39:50  11   February 27, 2023.
10:39:53  12            My name is Ken Williamson for Alliance
10:39:56  13   Court Reporting located at 109 South Union Street,
10:39:59  14   Rochester, New York.
10:39:59  15            We are located today at Alliance Court
10:40:07  16   Reporting.  The deponent is here, and we do have an
10:40:10  17   attorney on Zoom, so it is a hybrid deposition.
10:40:15  18            We are about to begin the video-recorded
10:40:17  19   deposition of Officer Jonathan Laureano, in the matter
10:40:23  20   of Erin Gursslin, plaintiff, versus the City of
10:40:25  21   Rochester, a municipal entity, Police Officer Jeremy
10:40:29  22   Nellist, Police Officer Joshua Kelly, Commander Fabian
10:40:34  23   Rivera, and Lieutenant Aaron Springer, defendants.
10:40:36  24            Today's matter is being videotaped on
10:40:40  25   behalf of the plaintiff.
```



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

Confidential

43

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | OFFICER JONATHAN P. LAUREANO - BY MR. SHIELDS          |
| 11:26:20 | 2  | that moment.                                           |
| 11:26:21 | 3  | Q.  Okay.  Had you ever received specific              |
| 11:26:24 | 4  | training about judging any objective factors that a    |
| 11:26:32 | 5  | dog displays to determine whether what you perceive to |
| 11:26:38 | 6  | be a threat is an actual threat?                       |
| 11:26:40 | 7  | MS. JONES:  Objection.                                 |
| 11:26:44 | 8  | A.  The department did training on that some           |
| 11:26:49 | 9  | time ago.                                              |
| 11:26:50 | 10 | Q.  Okay.  What do you remember from that              |
| 11:26:52 | 11 | training?                                              |
| 11:26:52 | 12 | A.  Some photos of aggressive dogs and just            |
| 11:27:00 | 13 | more of a recognition on -- you know, things, again,   |
| 11:27:05 | 14 | that we would already have been -- were already taught |
| 11:27:09 | 15 | about the growl -- you know, how they are as far as    |
| 11:27:14 | 16 | posture or demeanor, like growling and like -- I don't |
| 11:27:25 | 17 | know -- lunging.                                       |
| 11:27:25 | 18 | If you want to call it growling, like                  |
| 11:27:28 | 19 | lunging like when they snap their jaws.  There's       |
| 11:27:30 | 20 | traits that are exhibited that are quite apparent when |
| 11:27:36 | 21 | a dog is not happy to see you, I'd say.                |
| 11:27:41 | 22 | Q.  Okay.  If the traits are so apparent, what         |
| 11:27:46 | 23 | was the point of the training?                         |
| 11:27:47 | 24 | MS. JONES:  Objection.                                 |
| 11:27:48 | 25 | A.  I would say that there can never be too            |



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

**Confidential**

44

|           |    |                                                            |
|-----------|----|------------------------------------------------------------|
|           | 1  | OFFICER JONATHAN P. LAUREANO - BY MR. SHIELDS              |
| 11:27:52  | 2  | much training, and refreshers are always good.            |
| 11:27:55  | 3  |     Q.  Did the training help you to recognize |
| 11:27:59  | 4  | these signs of a dog's aggressiveness, aside from what    |
| 11:28:09  | 5  | you've learned during your experience working in the      |
| 11:28:09  | 6  | field as a police officer?                                |
| 11:28:10  | 7  |     A.  I mean, I wouldn't say that it was |
| 11:28:12  | 8  | anything I hadn't heard before, but it was -- like I       |
| 11:28:15  | 9  | said, served as a good reinforcement because there are    |
| 11:28:19  | 10 | individuals who transfer, you know, go to                 |
| 11:28:21  | 11 | administrative positions who are off the road for some    |
| 11:28:25  | 12 | time, and they come back to the road.  Sometimes          |
| 11:28:27  | 13 | people forget things or lose things, and that's why       |
| 11:28:32  | 14 | you have in-services.                                     |
| 11:28:33  | 15 |     Q.  Okay.  Did the training include anything |
| 11:28:35  | 16 | about how to avoid shooting a dog that you perceive to     |
| 11:28:41  | 17 | be aggressive?                                            |
| 11:28:41  | 18 |     A.  I believe it did.  I don't recall |
| 11:28:43  | 19 | specifically what that was, but I don't believe it --     |
| 11:28:47  | 20 | I'm not sure if it deviated too much again from what      |
| 11:28:49  | 21 | we were already taught about time, distance, and          |
| 11:28:53  | 22 | cover.                                                    |
| 11:28:54  | 23 |     Q.  Okay.  With any of the instances that you |
| 11:29:00  | 24 | shot at a dog, were you ever disciplined?                 |
| 11:29:05  | 25 |     A.  No.                           |

