**Exhibit Z**

```
              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -
CHERYL COX,

        Plaintiff,

                  Case No. 6:22-cv-6207(FPG)(MJP)
v.

CITY OF ROCHESTER, DAKOTA VANBREDERODE,

        Defendants.
----------------------------------------------------
CHARLES DEMPSEY, Individually, and L.D., by her
father and natural guardian, CHARLES DEMPSEY,

        Plaintiff,

v.

THE CITY OF ROCHESTER, a municipal entity, JAVIER
ALGARIN, ADAM GORMAN, "JOHN DOE" RPD OFFICER
RESPONSIBLE FOR TRAINING JAVIER ALGARIN,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - -


  Remote Deposition Upon Oral Examination Of:

              James W. Crosby, PhD


 Date:          June 12, 2024

 Time:          12:00 p.m.



 Reported By:   CHRISTINE VIGNA

                Alliance Court Reporting, Inc.

                109 South Union Street, Suite 400

                Rochester, New York 14607
```



Alliance Court Reporting, Inc.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

2

```
 1
 2                A P P E A R A N C E S
 3    Appearing Remotely on Behalf of Plaintiffs:
 4    Elliot D. Shields, Esq.
 5         Roth & Roth LLP
 6         192 Lexington Avenue, Suite 802
 7         New York, New York  10016
 8         eshields@rothandrothlaw.com
 9
10    Appearing Remotely on Behalf of Defendants:
11    Peachie L. Jones, Esq.
12         City of Rochester Law Department
13         City Hall, Room 400A
14         30 Church Street
15         Rochester, New York  14614
16         peachie.jones@cityofrochester.gov
17                    *     *     *
18
19
20
21
22
23
24
25
```



ALLIANCE COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

5

```
 1              JAMES W. CROSBY, PHD - BY MS. JONES
 2          regardless of the witness' location;
 3              And finally, that there will be no
 4          objection to the admissibility of this
 5          transcript based on proceeding in this way
 6          starting with counsel for the plaintiffs?
 7              MR. SHIELDS:  Yes.  We so stipulate.
 8          And I can verify that the individual on the
 9          screen is in fact James Crosby.
10              MS. JONES:  The defendants also
11          stipulate.
12     JAMES W. CROSBY, PHD,
13          called herein as a witness, first being
14          sworn, testified as follows:
15     EXAMINATION BY MS. JONES:
16          Q.   Good afternoon.  My name is Peachie
17     Jones.  I'm an attorney with the City of Rochester.
18     We're here so I can take your deposition.  We're on
19     Zoom.  Well, actually, I say this to all the
20     witnesses that I ask questions or depose.
21              Will you tell me if you don't
22     understand any of the questions I ask today?
23          A.   Absolutely.
24          Q.   Will you tell me if you don't hear
25     all of my questions?
```



                                                                73

        1              JAMES W. CROSBY, PHD - BY MS. JONES
        2                   I know that as a sergeant and then as
        3     a lieutenant, I was directly responsible for the
        4     day-to-day monitoring of my officers to make sure
        5     that they at least adhered to good practices,
        6     acceptable practices and practices that were in
        7     accord with policy and procedures for our
        8     department.  That was day to day.
        9         Q.   So since your retirement from being a
       10     law enforcement officer, how have you stayed up to
       11     date on current and good -- stayed up to date on
       12     current good and accepted police practices?
       13         A.   I keep up with things such as
       14     bulletins and advisements from the Department of
       15     Justice.  I read publications from the International
       16     Association of Chiefs of Police and updates from the
       17     National Sheriffs' Association.  I talk to people
       18     all the time.
       19                   I read articles for and against
       20     certain policies and procedures.  As far as the law
       21     itself, not only do I continually discuss things
       22     with attorneys, both civil and criminal
       23     attorneys -- because I do interface and assist on
       24     criminal prosecutions to this day -- I make sure
       25     that I'm staying up to date with everything that



74

```
 1              JAMES W. CROSBY, PHD - BY MS. JONES
 2     goes on.
 3                  I also have -- and I don't know
 4     how -- but I have somehow become a member of the
 5     Association of Prosecuting Attorneys here in the
 6     United States.  And I get bulletins and course
 7     notifications from them for free webinars.  And I
 8     will sit through those if they seem like something
 9     that's applicable to any of the subjects I'm
10     interested in.  I may not sit through -- I think the
11     last one was financial crimes.  I don't deal with
12     financial crimes.  But somehow I'm on their list, so
13     I take advantage of that and other educational
14     opportunities that come up.
15                  I speak at occasionally and attend
16     seminars at various Bar Association CLE conferences.
17     So I do my best to keep up with what's going on.
18             Q.   You said that you receive bulletins
19     from the Department of Justice.  What subdivision or
20     office of the DOJ do you receive those bulletins
21     from?
22             A.   Most commonly I receive things from
23     the COPS office, which is Community Oriented
24     Policing Service section.  But COPS is the
25     disseminator of most of the notices that I see.
```



JAMES W. CROSBY, PHD - BY MS. JONES

consistent, proper policies and procedures. That's where they're there.

Q. Do you consider the COPS training to represent the US Department of Justice's opinion on best practices in a certain area?

MR. SHIELDS: Objection to form.

A. Yes. Yes. I will consider that COPS -- the Department of Justice's conclusions and so forth do recommend -- or do represent the -- both the minimum and the best practices. That's again what the -- part of what the Department of Justice is there for.

Q. You reference the problem of dog-related incidents and encounters a few different ways in your report, so I wanted to clarify.

How do you describe the problem of dog-related incidents and encounters?

A. The Problem of Dog-Related Incidents and Encounters is the title of a specific publication. Apparently the author's considered negative interactions between law enforcement and domestic dogs to be a problem and, thus, titled their publication and their opinions under that title.

