Exhibit AA

```
                 CONFIDENTIAL SECTION INCLUDED


                  UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK
   -------------------------------
   CHARLES DEMPSEY, individually, and L.D. by her
   father and natural guardian, CHARLES DEMPSEY,

              Plaintiffs,

                               Index No. 19-cv-6780 (EAW)
   v.


   THE CITY OF ROCHESTER, a municipal
   entity, JAVIER ALGARIN, ADAM GORMAN,
   "JOHN DOE" RPD OFFICER RESPONSIBLE
   FOR TRAINING JAVIER ALGARIN,

              Defendants.
   -------------------------------


   Video-recorded Deposition Upon Oral Examination of:

                 Officer Javier Algarin


   Location:      Powers Building
                  16 West Main Street, 7th Floor
                  Rochester, New York  14614


   Date:          July 15, 2022


   Time:          9:00 a.m.



   Reported By:   KIMBERLY A. BONSIGNORE
                  Alliance Court Reporting, Inc.
                  109 South Union Street, Suite 400
                  Rochester, New York  14607
```



```
 1                    A P P E A R A N C E S

 2     Appearing on Behalf of Plaintiffs:

 3     Elliot D. Shields, Esq.
          Roth & Roth LLP
 4        192 Lexington Avenue, Suite 802
          New York, New York 10016
 5        eshields@rothandrothlaw.com

 6
       Appearing on Behalf of Defendants:
 7
       Peachie L. Jones, Esq.
 8        City of Rochester Department of Law
          City Hall
 9        30 Church Street, Room 400A
          Rochester, New York 14614
10        peachie.jones@cityofrochester.gov

11
       Also Present:
12
       Ben Parrow, Videographer
13        Studio 80 ROC
          277 North Goodman Street, Apartment 407
14        Rochester, New York  14607

15                       *     *     *

16

17

18

19

20

21

22

23

24

25
```



ALLIANCE COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

5

```
 1              OFFICER JAVIER ALGARIN - BY MR. SHIELDS
 2              MR. SHIELDS:  And I believe we're ready to
 3     swear the witness in.
 4              THE COURT REPORTER:  And the court
 5     reporter is Kim Bonsignore with Alliance Court
 6     Reporting.
 7     OFFICER JAVIER ALGARIN,
 8          called herein as a witness, first being sworn,
 9          testified as follows:
10          EXAMINATION BY MR. SHIELDS:
11          Q.  Good morning, Officer Algarin.
12          A.  Good morning.
13          Q.  Am I saying your name right?
14          A.  Yes.
15          Q.  My name is Elliot Shields.  I represent
16     the father and daughter whose dog was shot and killed
17     in front of them, and I'm going to ask you some
18     questions today.
19              First I'm just going to lay out some
20     ground rules for the deposition.  Will you tell me if
21     you don't understand my question?
22          A.  I will.
23          Q.  And will you tell me if my question is
24     confusing?
25          A.  I will.
```



```
 1            OFFICER JAVIER ALGARIN - BY MR. SHIELDS
 2         Q.   Okay.  And then field training is four
 3   months?
 4         A.   Correct.
 5         Q.   So ten months of training?
 6         A.   Correct.
 7         Q.   And then after that ten months of
 8   training, you've been an officer between July and
 9   October; correct?
10         A.   Correct.
11         Q.   And at the academy, did they train you to
12   make a plan for how to safely interact with a dog when
13   you entered a residential property?
14         A.   There was a class, interaction with dogs.
15         Q.   How long was that class?
16         A.   I don't remember.  Possibly half a day.
17         Q.   Okay.  Tell me everything you remember
18   about that class.
19         A.   It was through the Humane Society coming
20   into the classroom, basically, to state what the --
21   what their purpose is, where they're located, how to
22   get in contact with them, what they deal with, and
23   their experiences, what they have dealt with, and
24   their dog interactions of what they do and tactics
25   they might use, what -- where it could be they use a
```



                                                                86

```
 1              OFFICER JAVIER ALGARIN - BY MR. SHIELDS
 2      baton or they use some other instrument.
 3              Q.   So you were trained to potentially use a
 4      baton or some other instrument in part of that
 5      training.  Is that what you're saying?
 6              A.   Correct.
 7              Q.   And do you remember how long that training
 8      lasted on that day?
 9              A.   Half a day.  So approximately three, four
10      hours.
11              Q.   Okay.  And did you -- did they teach you
12      that you could use OC spray or pepper spray with the
13      dog?
14              A.   No.
15              Q.   Okay.  So that wasn't part of that class?
16              A.   Not that I remember.
17              Q.   Okay.  And did you get any handouts when
18      you took that class?
19              A.   I don't remember.
20              Q.   Do you have any documents in your
21      possession, either at RPD or at home, relating to that
22      class?
23              A.   No.
24              Q.   At the academy, were you trained that you
25      could shoot a dog if it ran at you when you were on a
```

