**Exhibit FF**

```
                        CONFIDENTIAL

                UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF NEW YORK
      - - - - - - - - - - - - - - - - - - - - - - - - -
      ERIN GURSSLIN,

                  Plaintiff,

                           Civil Action No. 20-cv-6508
      v.

      THE CITY OF ROCHESTER, A MUNICIPAL ENTITY, POLICE
      OFFICER JEREMY NELLIST, POLICE OFFICER JOSHUA
      KELLY, COMMANDER FABIAN RIVERA, LIEUTENANT AARON
      SPRINGER,

                  Defendants.
      - - - - - - - - - - - - - - - - - - - - - - - - -
```

Video-recorded Deposition Upon Oral Examination of:

Sergeant Ryan J. Romig

Location:     Alliance Court Reporting, Inc.
              109 South Union Street, Suite 400
              Rochester, New York 14607

Date:         February 17, 2023

Time:         10:00 a.m.

Reported By:  CHRISTINE VIGNA

              Alliance Court Reporting, Inc.

              109 South Union Street, Suite 400

              Rochester, New York 14607



Confidential

2

```
 1
 2                    A P P E A R A N C E S
 3    Appearing Remotely on Behalf of Plaintiff:
 4    Elliot D. Shields, Esq.
 5        Roth & Roth LLP
 6        192 Lexington Avenue, Suite 802
 7        New York, New York 10016
 8        eshields@rothandrothlaw.com
 9
10    Appearing on Behalf of Defendants:
11    Peachie L. Jones, Esq.
12        City of Rochester Law Department
13        City Hall, Room 400A
14        30 Church Street
15        Rochester, New York 14614
16        peachie.jones@cityofrochester.gov
17
18    Also Present:
19    Kenneth Williamson, Videographer
20        Alliance Court Reporting, Inc.
21        109 South Union Street, Suite 400
22        Rochester, New York  14607
23
24                    *     *     *
25
```



**Confidential**

5

|  |  |  |
|---|---|---|
|  | 1 | SERGEANT RYAN J. ROMIG - BY MR. SHIELDS |
| 10:21:16 | 2 | MS. JONES:  Peachie Jones with the City of |
| 10:21:19 | 3 | Rochester for all Defendants. |
| 10:21:21 | 4 | THE VIDEOGRAPHER:  Thank you, Counsel. |
| 10:21:23 | 5 | Our court reporter today is Christine |
| 10:21:25 | 6 | Vigna, also with Alliance Court Reporting. |
| 10:21:27 | 7 | She will now swear in our witness. |
|  | 8 | SERGEANT RYAN J. ROMIG, |
|  | 9 | called herein as a witness, first being sworn, |
|  | 10 | testified as follows: |
|  | 11 | EXAMINATION BY MR. SHIELDS: |
| 10:21:46 | 12 | Q.  Good morning, Sergeant. |
| 10:21:47 | 13 | A.  Good morning. |
| 10:21:48 | 14 | Q.  My name is Elliot Shields.  I represent |
| 10:21:51 | 15 | the Plaintiff in this case whose dog was shot and |
| 10:21:55 | 16 | killed by several RPD officers on September 6, 2018. |
| 10:22:00 | 17 | I'm going to ask you some questions today. |
| 10:22:03 | 18 | First, I'm just going to go over some |
| 10:22:05 | 19 | ground rules for the deposition.  Will you tell me if |
| 10:22:10 | 20 | you don't understand my question? |
| 10:22:11 | 21 | A.  Yes. |
| 10:22:13 | 22 | Q.  And will you tell me if you find my |
| 10:22:17 | 23 | question to be confusing? |
| 10:22:18 | 24 | A.  Yes. |
| 10:22:19 | 25 | Q.  And will you tell me if I have assumed an |



**Confidential**

67

|  |  |
|---|---|
| | SERGEANT RYAN J. ROMIG - BY MR. SHIELDS |
| 11:36:46  2 | about dog behavior? |
| 11:36:47  3 |     A.  I don't know if I'm conflating in my brain |
| 11:36:55  4 | the in-service training or the academy.  So I know |
| 11:36:58  5 | that I've learned about dog behavior, but I don't know |
| 11:37:00  6 | if -- if I'm remembering it from the in-service or the |
| 11:37:04  7 | academy.  I would imagine it's from the in-service |
| 11:37:07  8 | which was much more recent. |
| 11:37:09  9 |     Q.  Okay.  So since the academy -- and not |
| 11:37:13 10 | talking about any SWAT training -- have you gotten |
| 11:37:19 11 | any -- tell me all the training that you've received |
| 11:37:21 12 | about interacting with dogs. |
| 11:37:24 13 |     A.  There was an off-the-road in-service.  I |
| 11:37:28 14 | don't remember what year it was.  Somebody from either |
| 11:37:32 15 | animal control or the Humane Society came in and they |
| 11:37:38 16 | talked about how to identify an aggressive dog based |
| 11:37:43 17 | on their body posture, their body language.  They |
| 11:37:46 18 | talked about, you know, some potential ways to try to |
| 11:37:55 19 | keep the dog at bay.  That's really the most I |
| 11:38:02 20 | remember about it -- |
| 11:38:04 21 |     Q.  Okay. |
| 11:38:05 22 |     A.  -- so -- |
| 11:38:06 23 |     Q.  Was that training geared towards dealing |
| 11:38:12 24 | with quote/unquote aggressive dogs? |
| 11:38:14 25 |     A.  The parts I remember of it had to do with |



Confidential

68

| | |
|---|---|
| | 1    SERGEANT RYAN J. ROMIG - BY MR. SHIELDS |
| 11:38:23 | 2    identifying the body language of an animal, whether it |
| 11:38:27 | 3    be playful, scared, defensive, aggressive.  And then |
| 11:38:32 | 4    some ways to mitigate the risk if -- if the dog is |
| 11:38:36 | 5    being aggressive toward you. |
| 11:38:38 | 6         I don't remember if they covered anything |
| 11:38:41 | 7    else as far as, you know, response to dogs. |
| 11:38:52 | 8    The -- that's all I remember about that in-service. |
| 11:38:55 | 9         The only other kind of things that I |
| 11:39:00 | 10   remember is, in SWAT school when they talk about |
| 11:39:05 | 11   scouting, they talk about the signs that a dog might |
| 11:39:08 | 12   be living in a home.  So, you know, dog feces, |
| 11:39:13 | 13   doghouses, be aware of dog signs, fences, dog bowls, |
| 11:39:20 | 14   leashes, you know, the sort things to be on the |
| 11:39:23 | 15   lookout for when you're scouting a location that might |
| 11:39:26 | 16   be indicative of a dog being present. |
| 11:39:29 | 17        Q.  Okay.  So I want to talk about the SWAT |
| 11:39:34 | 18   training separately in a minute.  But going back to |
| 11:39:39 | 19   training that you've received post-academy, did you |
| 11:39:46 | 20   receive any training about the things you just |
| 11:39:52 | 21   mentioned regarding scouting separate from your |
| 11:39:56 | 22   training with the SWAT team? |
| 11:39:59 | 23        A.  I don't know if they covered that in the |
| 11:40:04 | 24   in-service.  I also know they sent out some roll call |
| 11:40:08 | 25   trainings, but I don't remember the details of them. |



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920