**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIANNE ANNISZKIEWICZ, <br><br>                                Plaintiff, <br>     - against - <br><br> THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER BRIAN CALA, SERGEANT JENNIFER TRENTON, <br><br>                             Defendants. | **20-cv-6629** (GWC)(CDH) <br><br> **NOTICE OF MOTION FOR PLAINTIFF'S MOTION TO APPLY COLLATERAL ESTOPPEL** |

**TO BE HEARD BEFORE**
**THE HONORABLE GEOFFREY W. CRAWFORD**
United States Courthouse
151 West Street, Rutland, Vermont 05701

PLEASE TAKE NOTICE that upon the annexed Declaration of Elliot Shields and all Exhibits annexed thereto, and the Memorandum of Law in Support of Plaintiff's Motion to preclude Defendant City of Rochester (the "City") from relitigating its *Monell* liability on Plaintiff's Fourth Amendment claims regarding the unconstitutional seizure of her dog, Sampson, and all prior proceedings herein, Plaintiff hereby moves this Court before the Honorable Geoffrey W. Crawford, pursuant to the doctrine of offensive collateral estoppel—also known as non-mutual offensive issue preclusion—based on the unanimous jury verdict entered on January 30, 2026, in *Dempsey v. City of Rochester*, et al., No. 6:19-cv-06780-MJP (W.D.N.Y.) (ECF No. 229), for an order to preclude Defendant City of Rochester (the "City") from relitigating its *Monell* liability on First Claim for Relief in the Complaint (ECF 1) on two *Monell* theories: (1) that the City maintained an unconstitutional policy, custom, or practice regarding the seizure of dogs during police encounters and (2) that the City failed to adequately train its officers on dog encounters.

1

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 7(a)(1) of the Local Rules of this Court, the Plaintiff intends to file reply papers and therefore, pursuant to Rule 7(b)(2)(B), Defendants are required to serve responding papers, if any, at least seven (7) days prior to the return date of this motion.

Dated: New York, New York
        February 13, 2026

Respectfully Submitted,
ROTH & ROTH LLP

By: _____ ~/s/~ _____
Elliot Dolby Shields, Esq.
*Counsel for Plaintiffs*
192 Lexington Ave, Suite 802 New York, New York 10016
Ph: (212) 425-1020

To:    All parties (via ECF)

2