**Subject:** Activity in Case 6:22-cv-06525-CDH Preston v. The City of Rochester et al Order on Motion to Dismiss/Lack of Jurisdiction

**Date:** Friday, March 27, 2026 at 4:04:52 PM Eastern Daylight Time

**From:** webmaster@nywd.uscourts.gov

**To:** Courtmail@nywd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. DISTRICT COURT

### U.S. District Court, Western District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/27/2026 at 4:02 PM EDT and filed on 3/27/2026

**Case Name:** Preston v. The City of Rochester et al

**Case Number:** 6:22-cv-06525-CDH

**Filer:**

**Document Number:** 108(No document attached)

**Docket Text:**
Minute entry for proceedings held before Hon. Colleen D. Holland. Pretrial conference held on 3/26/2026. Appearances: Elliot D. Shields, Esq., for Plaintiff, via Zoom; Peachie L. Jones, Esq., and James H. Kieburtz, Esq., for Defendants. The Court advises the parties that due to the number of trials scheduled to commence in the courthouse on 4/13/26, the start time for jury selection may be adjusted. The Court will keep the parties apprised. The Court addresses the various pretrial submissions by the parties. For the reasons stated on the record, the Court resolves the pretrial motions as follows: the Court will issue a written decision on [65] Plaintiff's MOTION for Collateral Estoppel, but advises the parties of its anticipated ruling granting the motion in part and denying the motion in part, to aid in trial preparation; [66] Defendants' MOTION to Dismiss is denied as untimely; the Court reserves decision and will issue a written decision [99] Officer Leach's MOTION in Limine for Qualified Immunity and [106] Plaintiff's Motion for Leave to File a Sur-Reply; [71] Plaintiff's MOTION in Limine re Admission of Deposition Testimony from related cases in support of Monell claims is granted in part and denied; [72] Plaintiff's MOTION in Limine to request a dollar amount for compensatory damages in summation is denied; the Court reserves decision on [73] to inform jury of Dempsey verdict on 4th Amendment seizure claim and special interrogatories in Dempsey pending receipt of the parties' proposals

regarding what the jury should be told in light of the anticipated ruling on collateral estoppel; [76] Plaintiff's MOTION in Limine re materials for 608(b) examination of Lt. Osipovitch is denied in part, and the Court reserves decision and will issue a written decision on the remaining portions; [75] Defendants' MOTION in Limine to Preclude Expert Testimony is granted in part and denied in part; [77] Defendants' MOTION in Limine to Exclude Evidence is granted in part, denied in part, and reserved until the time of trial in part; the Court reserves decision on [80] Plaintiff's MOTION to Compel Defendants to file a reasonable witness list, pending Plaintiff's identification of the specific incidents she intends to address at trial and Defendants' submission of a correspondingly narrowed witness list; [83] Plaintiff's MOTION in Limine to preclude Defendants from reading in the deposition testimony of non-party witnesses Hope Broutman and Michael Hurt is denied without prejudice; [84] Defendants' Motion to Amend/Correct Defendants' Proposed Witness List is granted. Supplemental submissions as discussed on the record shall be filed by 4/2/26 and responses shall be filed by 4/7/26. A further pretrial conference is scheduled for 4/10/2026 at 2:00 p.m. in Courtroom 4, 1st Floor, 100 State Street, Rochester NY. Plaintiff's counsel is permitted to appear virtually and will be provided with information regarding connection via virtual means in advance of the conference. The Court clarifies with the parties that the theories of municipal liability that will be pursued at trial are municipal custom/policy/practice and failure to train amounting to deliberate indifference. (Court Reporter FTR Gold.) (DAF)

**6:22-cv-06525-CDH Notice has been electronically mailed to:**

Elliot Dolby Shields    eshields@rothandrothlaw.com

Peachie L. Jones    peachie.jones@cityofrochester.gov, LitigationCalendar@CityofRochester.gov

James H. Kieburtz    james.kieburtz@cityofrochester.gov, LitigationCalendar@CityofRochester.gov, Michelle.Bradbury@CityofRochester.Gov, Sandra.Zollars@CityofRochester.Gov

**6:22-cv-06525-CDH Notice has been delivered by other means to:**