# Roll Call Training: (Dec. 2019)
# L/E Dog Bite Prevention



## Humane Society of Greater Rochester



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001244

# Officers will encounter a dog in at least 1 out of 3 residences.

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 001245

# Problems for Law Enforcement

## Consequences of Inappropriate Action

- Unnecessary injury or killing of animals who are not a threat.

- Risk of self-inflicted injury, friendly fire, or bystander injury.

- Negative public image of officers, departments, and profession as a whole.

- Lawsuits and legal actions (e.g., worker comp claims, IA investigations, etc.).

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001246

# NY State Law

- Pets are personal property
- Animals must be humanely destroyed solely by means of injection of sodium pentobarbital or sodium pentobarbital
-  Except an animal by gunshot is permissible… for an animal that is posing an imminent threat of serious physical injury to a person or to another animal…or so injured that humane euthanasia is impossible

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001247

# Why Do Dogs Bite?

- Excitement / Play
- Possession / Protection (e.g., female with pups)
- Fear
- Accidental
- Attention
- Sick / Injured
- Dangerous dog



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001248

# Animal Force Continuum

- Dogs use force to protect themselves or others they believe are in their pack.

- Dogs use only as much force as necessary:

  1. Vocal warning
  2. Inhibited bite
  3. Uninhibited bite
  4. Lethal



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001249

# Dog Postures



**Playful**
*Ears up*
*Eyes soft*
*Front end lower ready to leap*
*Tail up loosely wagging*



**Defensive Threat**
*Ears back*
*Hackles may be up*
*Muzzle tense, wrinkled*
*Tail down & tense*



**Confident Alert**
*Ears up, forward*
*Eyes large, staring*
*Muzzle tense lips lifted to show teeth*
*Tail up, stiff wag*



**Passive** Appeasement
*On back belly exposed*
*Ears back*
*Indirect eye contact*
*Tail tucked*



**Active** Appeasement
*Ears back*
*Eyes half closed*
*Raised paw*
*Mouth nearly closed tongue tip darts out*
*Tail low slow wag*



**Offensive Aggression**
*Ears erect*
*Hackles may be up*
*Lip curled*
*Teeth bared, snarling*
*Tail stiff raised*



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.


Lollypop Farm

COR 001250

# Signals of Increasing Discomfort/Stress/Tension: Warning Signs

- Hard direct eye contact
- Stiff and still body posture
- Freezing: stopping all motion
- Tension in face





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.




Lollypop Farm

COR 001251

# Aggression:
## Stop What You Are Doing

- Growling
- Snarling/showing teeth
- Lunging
- Snapping
- Biting







© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

Lollypop Farm

COR 001252

# Fear Aggression: low body, all teeth showing, crouched/hunched posture, tail tucked



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

COR 001253

# Fear Aggression: low body, all teeth showing, crouched/hunched posture, tail tucked



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.

Lollypop Farm

COR 001254

# Offensive Aggression: posture erect, weight forward, tail up, mouth puckered, front teeth showing

**Offensive**

Ears forward (may be spread slightly to the side to form a wide V shape)

Forehead may show vertical wrinkles

Tail raised and bristled

Hackles raised

Nose wrinkled

Lips curled

Tail is stiff but may be seen to quiver or vibrate from side to side

Teeth (and often the gums) are visible

Mouth open and C-shaped. Corner of mouth is forward

Stiff-legged stance, body leaning slightly forward



COR 001255

# Offensive Aggression: posture erect, weight forward, tail up, mouth puckered, front teeth showing



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001256

# Stress Signals: Lip Licking



© Humane Society of G
May not be reproduced without permission.

COR 001257

# Stress Signals:
## mouth - open & relaxed to closed & tense

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.




COR 001258

# Stress Signals:
## head turns, diverting gaze
## Whale eye – showing the whites of their eyes





© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 001259

# Other Stress Signals

- Shake off
- Scratching
- Yawning
- Excessively sniffing the ground






© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001260

# The Signs

© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



COR 001261

# The Encounter

- Announce your arrival:
  - Jiggle Fence
  - Whistle
  - Shake keys
  - Inquire about dogs before entering
  - Ask for dog to be secured



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001262

# Talk to the Dog

Communicate Safety and Appeasement:

- If a dog approaches and is non-threatening, allow him to investigate you.

- Continue to speak to her.

- DO NOT attempt to pet the dog.



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

**COR 001263**

# Talk to the Dog

Communicate Confidence or Threat:

- If dog is displaying threatening behavior speak in forceful tone.

- Give commands like "Sit" or "Stay."

- If dog continues threatening, try to appear larger speak in low loud voice: "Back off!"



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001264

# Bite Prevention Tools

Physical Repellents
- Bite stick, Baton/ ASP
- Umbrellas
- Improvised
  - Flashlight
  - Stick
  - Rolled up magazine
  - Clipboard
  - Road flare



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.





COR 001265

# Bite Prevention Tools

Chemical Repellents
- Oleoresin Capsicum
- Citronella Spray (Direct Stop)

Electronic Repellents
- Ultrasonic
- Stun Guns
- Taser

Improvised
- $CO_2$ fire extinguisher



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.


Lollypop Farm

COR 001266

# Suggested Practice

Force Continuum:

- Respond in claim friendly behavior.

- Respond with confidence or threat.

- Use chemical repellents like OC, Pepperball.

- Use physical repellents like Baton, bite stick, Fire extinguisher, Taser.

- Lethal force



© Humane Society of Greater Rochester 2014
May not be reproduced without permission.



Lollypop Farm

COR 001267